IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02199-LTB

ROY A. MELANSON,

    Plaintiff,

v.

NAMES UNKNOWN, CHAIRPERSON(S) OF COLORADO PAROLE BOARD, et al.,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 2, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 2 day of October, 2012.

                                FOR THE COURT,

                                JEFFREY P. COLWELL, Clerk

                                By: s/L. Gianelli
                                    Deputy Clerk